**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**



FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAsbell at 10:27 am, Oct 19, 2020*

RAYON D. ESAW,

        Petitioner,

   v.

LINDA GETER,

        Respondent.

CIVIL ACTION NO.: 2:20-cv-106

## O R D E R

Petitioner originally filed a 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence in the District of Alaska, the District of his conviction.  Doc. 2.  After an attorney entered an appearance in this case, counsel filed an amended motion.  Doc. 8.  The Alaska District Court converted the amended motion as being a 28 U.S.C. § 2241 petition.  Doc. 9.  As Petitioner is housed at the Federal Correctional Institution in Jesup, Georgia, the Alaska court transferred the Petition to this District.  Doc. 13.

Upon the transfer of this case, the Clerk of Court neglected to send Petitioner or his counsel a deficiency notice relating to the filing fee.  Although this case was originally filed as a § 2255, it was transferred to this Court as a § 2241 Petition.  Accordingly, a $5.00 filing fee applies.  28 U.S.C. § 1914(a).  The Court **ORDERS** Petitioner to either pay the requisite $5.00 fee or move to proceed *in forma pauperis* within 21 days of this Order.  Petitioner's failure to do so will result in the dismissal of this cause of action for failing to follow an Order of this Court.  The Court **DIRECTS** the Clerk of Court to mail a blank copy of the Court's preferred inmate-petitioner *in forma pauperis* form to counsel and to Petitioner.  In addition, the Court **DIRECTS**

the Clerk of Court to amend the caption of this case to indicate this cause of action is a § 2241

Petition and not a part of Petitioner's criminal proceedings.

**SO ORDERED**, this 19th day of October, 2020.


BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA