# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| RAYON D. ESAW, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:20-cv-106 |
| v. | * | |
| | * | |
| LINDA GETER, | * | |
| | * | |
| Respondent. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 25.  Petitioner Rayon Esaw ("Esaw") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Esaw's Motion to Retain Jurisdiction and Respondent's Motion to Dismiss, **DISMISSES without prejudice** Esaw's 28 U.S.C. § 2241 Petition based on his failure to exhaust administrative remedies, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Esaw *in*

AO 72A
(Rev. 8/82)

*forma pauperis* status on appeal.

    **SO ORDERED**, this \_\_\_7\_\_ day of \_\_\_February\_\_\_, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA